UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH LAUFER, Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-cv-01973-SAG |
| ) | |
| BRE/ESA P PORTFOLIO, LLC, A ) | |
| Maryland Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION OF DEFENDANT BRE/ESA P PORTFOLIO, LLC TO DISMISS

Defendant BRE/ESA P Portfolio, LLC ("**Defendant**") moves this Court for an Order dismissing the Complaint of Plaintiff Deborah Laufer ("**Plaintiff**") on the ground that Plaintiff lacks standing and the Court lacks subject matter jurisdiction to hear the case.

This Motion is based on the concurrently filed Memorandum of Points and Authorities and Request for Judicial Notice, as well as the pleadings and documents on file herein and other such evidence and argument that may be presented in connection with this Motion.

1

Dated:  August 31, 2020                    Respectfully submitted,

                                      /s/  Michelle M. McGeogh
                                      Michelle M. McGeogh
                                      Fed. Bar No.: 28778
                                      Ballard Spahr LLP
                                      300 E. Lombard Street, 18th Floor
                                      Baltimore, Maryland  21202
                                      (410) 528-5600
                                      mcgeoghm@ballardspahr.com

                                      *Attorneys for Defendant BRE/ESA P Portfolio, LLC*


                                      JEFFER MANGELS BUTLER & MITCHELL LLP
                                      MARTIN H. ORLICK

                                      By:  */s/ Martin H. Orlick*
                                           MARTIN H. ORLICK, ESQ.
                                           Two Embarcadero Center, Fifth Floor
                                           San Francisco, CA 94111
                                           Telephone: 415-398-8080
                                           Facsimile: 415-398-5584
                                           mho@jmbm.com
                                           skt@jmbm.com

                                      *Attorney for Defendant BRE/ESA P Portfolio, LLC*

                                      *Pro Hac Vice Application to be filed*


## **CERTIFICATE OF SERVICE**

The undersigned hereby declares that on this 31st day of August, 2020, a true and accurate copy of the foregoing was served via the court's Electronic Case Filing system on all counsel of record.

                                                /s/      Michelle M. McGeogh
                                                Michelle M. McGeogh