UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH LAUFER, Individually,        )<br>                                                              )<br>        Plaintiff,                                   )<br>                                                              )<br>vs.                                                       )<br>                                                              )<br>BRE/ESA P PORTFOLIO, LLC, A   )<br>Maryland Corporation,                      )<br>                                                              )<br>        Defendant.                              )<br>_____)  | Case No. 20-cv-01973-SAG |

**REQUEST FOR JUDICIAL NOTICE OF DEFENDANT IN SUPPORT OF THE MOTION TO DISMISS**

Defendant BRE/ESA P Portfolio, LLC ("**Defendant**") hereby respectfully requests the Court take judicial notice as follows:

1.      Attached hereto as **Exhibit 1** is a true and correct copy of results from a nationwide federal court records search using the Courthouse News Service showing **478 cases in which "Deborah Laufer" is listed as the plaintiff**.  Pursuant to Federal Rule of Evidence 201, Defendant respectfully requests the Court take judicial notice of this exhibit.

2.      Attached hereto as **Exhibit 2** are copies of the following court orders: *Hernandez v. Caesars License Co., LLC*, Case No. 1:19-cv-06087-RMB-KMW (USDC DNJ), Doc # 4; *Hernandez v. Caesars License Co., LLC*, Case No. 1:19-cv-06088-RMB-KMW (USDC DNJ), Doc # 4; *Hernandez v. Montego Bay Resort and Conference Center*, Case No. 1:19-cv-06091-RMB-AMD (USDC DNJ), Doc # 4.  Pursuant to Federal Rule of Evidence 201, Defendant respectfully requests the Court take judicial notice of this exhibit.

| | |
|---|---|
| Dated:  August 31, 2020 | Respectfully submitted, |

/s/  *Michelle M. McGeogh*
Michelle M. McGeogh
Fed. Bar No.: 28778
Ballard Spahr LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland  21202
(410) 528-5600
mcgeoghm@ballardspahr.com

*Attorneys for Defendant*


JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK

By:  */s/ Martin H. Orlick*
    MARTIN H. ORLICK, ESQ.
    Two Embarcadero Center, Fifth Floor
    San Francisco, CA 94111
    Telephone: 415-398-8080
    Facsimile: 415-398-5584
    mho@jmbm.com
    skt@jmbm.com

*Attorney for Defendant BRE/ESA P Portfolio, LLC*

*Pro Hac Vice Application to be filed*


### CERTIFICATE OF SERVICE

The undersigned hereby declares that on this 31st day of August, 2020, a true and accurate copy of the foregoing was served via the court's Electronic Case Filing system on all counsel of record.

 /s/     *Michelle M. McGeogh*
Michelle M. McGeogh

2