# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH LAUFER,  <br><br>　　　　Plaintiffs,  <br>v.  <br><br>BRE/ESA P PORTFOLIO, LLC,  <br>　　　　Defendant.  <br>_____ | :  <br>: Case No.: 1:20-cv-1973  <br>:  <br>:  <br>:  <br>:  <br>:  <br>:  <br>:  <br>: |

## **PLAINTIFF'S MOTION FOR DEFAULT**

Plaintiff, by and through undersigned counsel, hereby move for default against the Defendant, BRE/ESA P PORTFOLIO, LLC. Defendant was served with the summons and complaint on July 7, 2020. Defendant's answer or responsive pleading was due September 1, 2020. Defendant has failed to file a timely response.

DATED: September 1, 2020

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff:

　　　　　　　　　　　　　　　　　　　　 _/s/ Tristan W. Gillespie__

　　　　　　　　　　　　　　　　　　　　Tristan W. Gillespie, Esq.
　　　　　　　　　　　　　　　　　　　　**Thomas B. Bacon, P.A.**
　　　　　　　　　　　　　　　　　　　　5150 Cottage Farm Rd.
　　　　　　　　　　　　　　　　　　　　Johns Creek, GA 30022
　　　　　　　　　　　　　　　　　　　　ph. (404) 276-7277
　　　　　　　　　　　　　　　　　　　　Gillespie.tristan@gmail.com