## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DEBORAH LAUFER,** | * |
| **Plaintiff,** | * |
| v. | *  Civil No. SAG-20-1973 |
| **BRE/ESA P PORTFOLIO, LLC,** | * |
| **Defendant.** | * |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 19th day of November, 2020, by the United States District Court for the District of Maryland, ORDERED that Defendant's Motion to Dismiss, ECF 5, is GRANTED. Plaintiff's claims will be dismissed without prejudice, and Laufer will be afforded twenty-one days to file a motion for leave to amend. If no such motion is filed, the dismissal will be with prejudice, and this case will be closed.

/s/
Stephanie A. Gallagher
United States District Judge