# THOMAS B. BACON, P.A.

Tristan W. Gillespie, Esq.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Tel:  404.276.7277
gillespie.tristan@gmail.com

December 17, 2020

Honorable Stephanie A. Gallagher
USDC-MD
101 West Lombard St.
Baltimore, MD 21201

Re:   LAUFER v. BRE/ESA P PORTFOLIO, LLC., Civil Case No. 1:20-cv-1973
      LAUFER v. PRESTIGE HOSPITALITY GROUP, LLC, Civil Case No. 1:20-cv-02119-CCB
      LAUFER v. 2 RESEARCH COURT LLC, Civil Case No. 8:20-cv-2394
      LAUFER v. BWI HOTEL HOLDINGS II LLC, Civil Case No. 1:20-cv-3250
      LAUFER v. AKSHAR CORPORATION, Civil Case No. 1:20-cv-3251
      LAUFER v. VASU INC., Civil Case No. 1:20-cv-3264
      LAUFER v. PATEL, Civil Case No. 1:20-cv-03265

Dear Judge Gallagher:

In response to your December 16, 2020 letter/ order regarding the above-referenced matters, this Court instructed Plaintiff to file a statement as to whether the above-referenced matters are distinguishable from Laufer v. Naranda Hotels, LLC, Civil Case No. SAG-20-2136, and Laufer v. Ft. Meade Hospitality, LLC, Civil Case No. SAG-20-1974. In response to same, these cases are, in fact, substantially similar.

Very respectfully,

*/s/Tristan W. Gillespie*